IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Angela K. Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Teva Pharmaceuticals USA, Inc.; | ) | |
| Teva Women's Health, Inc.; Trinity Health; | ) | |
| and David Amsbury, D.O., | ) | |
| | ) | Case No. 4:15-cv-128 |
| Defendants. | ) | |

Before the court are motions for attorneys Jeffrey F. Peck and Mary Lynn Tate appear *pro hac vice* on behalf of Defendants Teva Pharmaceuticals USA, Inc., and Teva Women's Health, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jeffrey F. Peck and Mary Lynn Tate have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 21 and 22) are **GRANTED**. Attorneys Jeffrey F. Peck and Mary Lynn Tate are admitted to practice before this court in the above-entitled action on behalf of Defendants Teva Pharmaceuticals USA, Inc., and Teva Women's Health, Inc.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge