IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| ANGELA K. THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, INC., TRINITY HEALTH, DAVID AMSBURY, D.O.,<br><br>        Defendants. | Case No. 4:15-cv-00128-CSM |

**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, INC., TRINITY HEALTH, AND DAVID AMSBURY, D.O., WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Angela Thompson, and Defendants, Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Trinity Health, and David Amsbury, D.O., hereby stipulate to the dismissal of all of the claims asserted by Plaintiff in the above-styled action, with prejudice, against all of the defendants, including Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Trinity Health, and David Amsbury, D.O. Court costs, if any, shall be paid by Plaintiff.

Stipulated and Agreed to this 23rd day of November, 2015 by:

| | |
|---|---|
| /s/ Christopher J. Thompson<br>Christopher J. Thompson<br>Mark A. Schwab<br>GRANDE FRISK & THOMPSON<br>2700 12th Avenue South, Ste. A<br>Fargo, ND  58103<br>Tel:    (701) 365-8088<br>Tel:    (844) 768-4789<br>E-mail: chris@grandefrisk.com<br>E-mail: mark@grandefrisk.com<br>**Attorneys for Plaintiff Angela K. Thompson** | s/Mary Lynn Tate<br>Jeffrey F. Peck (*pro hac vice*)<br>Mary Lynn Tate (*pro hac vice*)<br>ULMER & BERNE LLP<br>600 Vine Street, Ste. 2800<br>Cincinnati, OH  45202<br>Tel:    (513) 698-5060<br>Fax:   (513) 698-5061<br>E-mail: jpeck@ulmer.com<br>E-mail: mtate@ulmer.com<br><br>Zachary E. Pelham<br>PEARCE & DURICK<br>314 East Thayer Avenue<br>Bismarck, ND  58501<br>Mailing Address:<br>P. O. Box 400<br>Bismarck, ND  58502<br>Tel:    (701) 223-2890<br>Fax:   (701) 223-7865<br>E-mail: zep@pearce-durick.com<br>**Attorneys for Defendants,**<br>**Teva Pharmaceuticals USA, Inc., and**<br>**Teva Women's Health, Inc.** |
| /s/ Randall S. Hanson<br>Randall S. Hanson<br>Shannon E. Rogers<br>CAMRUD MADDOCK OLSON & LARSON LTD.<br>401 DeMers Avenue, Suite 500<br>Grand Forks, ND  58206-5849<br>Tel:    (701) 775-5595<br>Fax:   (701) 772-3743<br>E-mail: rhanson@camrudlaw.com<br>E-mail: srogers@camrudlaw.com<br><br>**Attorneys for Defendants, Trinity Health &**<br>**David Amsbury, D.O.** | |