**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| Angela K. Thompson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | Case No. 4:15-cv-128 |
| Teva Pharmaceuticals USA, Inc., Teva ) | |
| Women's Health, Inc., Trinity Health, ) | |
| David Amsbury, D.O., ) | |
| ) | |
| Defendants. ) | |

Before the Court is a "Stipulation of Dismissal" filed on November 23, 2015. See Docket No. 24. The Court **ADOPTS** the stipulation in its entirety (Docket No. 24) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2015.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court